# THE MARKS LAW FIRM, P.C.

January 9, 2020

**Via: ECF**
Honorable Jesse M. Furman
United States District Judge
United States Courthouse
40 Foley Square, Courtroom 1105
New York, New York 10007

           **RE:** **Eric Rogers v. Curry Express 1 Corp et al**
                 Docket: 1:19-cv-08978-JMF

Dear Judge Furman,

    Plaintiff respectfully requests an adjournment of the initial conference in the above referenced matter currently scheduled for January 16, 2020 as well as the deadline to complete a mediation.

    Defendants were served through the Secretary of State on October 15, 2019. As of today, Defendants have not contacted Plaintiff, appeared, answered or otherwise moved in the above referenced matter. Therefore, Plaintiff requests forty-five (45) days to make additional attempts to contact Defendants and for Defendants to appear, answer or otherwise move. This is the first request of its kind.

    We thank you and the Court for its time and consideration on this matter.

In light of the Court's Order at ECF No. 10, Plaintiff's request is denied as moot. The Clerk of Court is directed to terminate ECF No. 9. SO ORDERED.

*[Signature]*

January 10, 2020

Respectfully Submitted,

The Marks Law Firm, P.C.

By: *[Signature]*
    Bradly G. Marks

175 Varick Street, 3rd FL, New York, New York 10014
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com