# THE MARKS LAW FIRM, P.C.

March 27, 2020

**Via ECF**
Honorable Jesse M. Furman
United States District Judge
United States Courthouse
40 Foley Square, Courtroom 1105
New York, New York 10007

            **RE:** **Eric Rogers v. Curry Express 1 Corp et al**
                   Docket: 1:19-cv-8978-JMF

Dear Judge Furman,

      Plaintiff respectfully request an adjournment of the Initial Conference scheduled for April 2, 2020.

      In accordance with current government and health officials recommendation to self-isolate and the temporary closing of many businesses, Plaintiff believes an adjournment of the currently scheduled conference is appropriate. Further, Defendants have failed to appear, answer or otherwise move in the action and Plaintiff may move for default. Therefore, Plaintiff requests additional time to determine how to proceed in this case. This is the first request of its kind since Plaintiff amended the complaint.

      We thank you and the Court for its time and consideration on this matter.

The initial conference scheduled for April 2, 2020, is adjourned *sine die*. **Within one week of the date of this Order**, Plaintiff shall file a letter indicating whether he intends to move for default judgment or otherwise proceed with the case. The Clerk of Court is directed to terminate ECF No. 26. SO ORDERED.

*[signature]*

March 27, 2020

Respectfully Submitted,

The Marks Law Firm, P.C.

By: *[signature]*
     Bradly G. Marks

175 Varick Street, 3rd FL, New York, New York 10014
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com