UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
ERIC ROGERS,                                                            :
                                                                        :
                            Plaintiff,                                  :    19-CV-8978 (JMF)
                                                                        :
            -v-                                                         :    ORDER
                                                                        :
CURRY EXPRESS 1 CORP. et al.,                                           :
                                                                        :
                            Defendants.                                 :
                                                                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On March 31, 2020, the Court granted Plaintiff's request for a sixty-day stay of all dates and deadlines.  *See* ECF No. 29.  The Court ordered Plaintiff to file a status letter by June 1, 2020, updating the Court on the status of the case, including any settlement discussions with Defendants, and stating whether Plaintiff still intends to seek a default judgment.  *Id.*  To date, Plaintiff has failed to do so.  Accordingly, Plaintiff shall file the required status letter by **June 4, 2020**.  Failure to do so may result in sanctions, up to and including dismissal for failure to prosecute.

      SO ORDERED.

Dated: June 2, 2020
      New York, New York                            JESSE M. FURMAN
                                                   United States District Judge